THE PEOPLE ex rel. JOHN SMITH et al., Appellants, *v.* THE VILLAGE OF NELLISTON, Respondent.

(Argued September 16, 1879; decided September 23, 1879.)

*D. M. K. Johnson* for appellants.

*J. E. Dewey* for respondent.

AGREE to dismiss appeal without opinion.
All concur.
Appeal dismissed.

———

WILLIAM McKAY, Respondent, *v.* MILTON B. JARVIS, Appellant.

(Argued September 16, 1879; decided September 23, 1879.)

*John De Witt Warner* for appellant.

*Theodore Connolly* for respondent.

AGREE to dismiss appeal without opinion.
All concur.
Appeal dismissed.